1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   JULIA M. ADAMS (State Bar No. 230795)
2  THOMAS E. FRANKOVICH,
   *A Professional Law Corporation*
3  2806 Van Ness Avenue
   San Francisco, CA 94109
4  Telephone:    415/674-8600
   Facsimile:    415/674-9900
5
   Attorneys for Plaintiffs
6  JERRY DORAN
   and DISABILITY RIGHTS
7  ENFORCEMENT, EDUCATION,
   SERVICES: HELPING YOU
8  HELP OTHERS

9

10

11
                   UNITED STATES DISTRICT COURT
12
                   EASTERN DISTRICT OF CALIFORNIA
13

14 JERRY DORAN, an individual; and           )   **CASE NO. CIV.F-04-6375 OWW DLB**
   DISABILITY RIGHTS ENFORCEMENT,            )
15 EDUCATION, SERVICES:HELPING               )   **STIPULATION OF DISMISSAL AND**
   YOU HELP OTHERS, a California public      )   **ORDER THEREON**
   benefit corporation,                      )
16                                           )
          Plaintiffs,                        )
17                                           )
   v.                                        )
18                                           )
   PEA SOUP ANDERSEN'S                       )
19 RESTAURANT & ANDERSEN                     )
   QUALITY GAS; KHURI FAMILY                 )
20 LIMITED PARTNERSHIP, a California         )
   limited partnership; and RICHARD W.       )
21 CANDLAND, DANIEL A. WHITE, JR.,           )
   and RONALD O. KINDSCHI, individuals       )
22 dba PEA SOUP ANDERSEN'S,                  )
                                             )
23        Defendants.                        )
   _____           )
24

25       The parties, by and through their respective counsel, stipulate to dismissal of this action

26 in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  Outside of the terms of the

27 Mutual Settlement Agreement and Release ("Agreement") herein, each party is to bear its own

28 costs and attorneys' fees.  The parties further consent to and request that the Court retain

1  jurisdiction over enforcement of the Agreement.  *See* <u>Kokonen v. Guardian Life Ins. Co.</u>, 511
2  U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of
3  settlement agreements).

4  Therefore, IT IS HEREBY STIPULATED by and between parties to this action
5  through their designated counsel that the above-captioned action be and hereby is dismissed
6  with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

7  This stipulation may be executed in counterparts, all of which together shall constitute
8  one original document.

10  Dated: December 9, 2005                    THOMAS E. FRANKOVICH,
                                               *A PROFESSIONAL LAW CORPORATION*

13                                             By:   /s/ Julia M. Adams
                                                     Julia M. Adams
                                               Attorneys for Plaintiffs JERRY DORAN and
                                               DISABILITY RIGHTS ENFORCEMENT,
                                               EDUCATION SERVICES: HELPING YOU HELP
                                               OTHERS

16  Dated: December 7, 2005                    TITCHELL MALTZMAN et al.

18                                             By:   /s/ Richard James Collier
                                                     Richard James Collier
                                               Attorneys for PEA SOUP ANDERSEN'S
                                               RESTAURANT & ANDERSEN QUALITY GAS;
                                               KHURI FAMILY LIMITED PARTNERSHIP, a
                                               California limited partnership; and RICHARD W.
                                               CANDLAND, DANIEL A. WHITE, JR., and
                                               RONALD O. KINDSCHI, individuals dba PEA
                                               SOUP ANDERSEN'S

///
///
///
///
///
///
///
///

**ORDER**

1. IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated: _December 14_, 2005

/s/ OLIVER W. WANGER

Hon. Oliver W. Wanger
UNITED STATES DISTRICT JUDGE